UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-14183-CV-MARTINEZ-REID

CELESTOR ORTEZ GREGORY,

    Petitioner,

v.

MARK S. INCH,

    Respondent.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his conviction following a jury trial in Indian River County Circuit Court. (DE 2). Magistrate Judge Reid filed a Report and Recommendation ("R&R") recommending that the Petition be denied. (DE 24). Petitioner filed objections. (DE 27). The Court having carefully reviewed the objected-to portions of the R&R *de novo*, together with the record in this case, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation (DE 24) is **AFFIRMED** and **ADOPTED**. The Petition is **DENIED**. No certificate of appealability shall issue. The Clerk is directed to mark this case **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of June, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE